# EXHIBIT "7"

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

Serial Number: 98572005
Filing Date: 05/28/2024

*NOTE: Data fields with the * are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| MARK INFORMATION | |
| *MARK | Panevino Stuart |
| *STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | Panevino Stuart |
| *MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| REGISTER | Principal |
| APPLICANT INFORMATION | |
| *OWNER OF MARK | Frumento LLC |
| DBA/AKA/TA/FORMERLY | DBA Panevino Stuart |
| *MAILING ADDRESS | 2891 SE Ocean Blvd |
| *CITY | Stuart |
| *STATE (Required for U.S. applicants) | Florida |
| *COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | 34996 |
| PHONE | 6692467599 |
| *EMAIL ADDRESS | XXXX |
| LEGAL ENTITY INFORMATION | |
| *TYPE | LIMITED LIABILITY COMPANY |
| * STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY WHERE LEGALLY ORGANIZED | Florida |
| GOODS AND/OR SERVICES AND BASIS INFORMATION | |
| *INTERNATIONAL CLASS | 043 |

| | |
|---|---|
| *IDENTIFICATION | Restaurant; Catering in fast-food cafeterias; Catering services of Italian cuisine; Corporate event catering; Food preparation services; Preparation of food and beverages; Restaurant and catering services; Restaurant information services; Restaurant reservation services; Restaurant services; Restaurants featuring home delivery; Making reservations and bookings for restaurants and meals; Mobile restaurant services; Reservation of restaurants |
| *FILING BASIS | SECTION 1(b) |
| **ADDITIONAL STATEMENTS INFORMATION** | |
| *TRANSLATION (if applicable) | |
| *TRANSLITERATION (if applicable) | |
| *CLAIMED PRIOR REGISTRATION (if applicable) | |
| *CONSENT (NAME/LIKENESS) (if applicable) | |
| *CONCURRENT USE CLAIM (if applicable) | |
| **ATTORNEY INFORMATION** | |
| NAME | William Henry Mcdavid |
| ATTORNEY BAR MEMBERSHIP NUMBER | XXX |
| YEAR OF ADMISSION | XXXX |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | XX |
| INTERNAL ADDRESS | 99 S Almaden Blvd Ste 600 |
| STREET | 99 S Almaden Blvd Ste 600 |
| CITY | San Jose |
| STATE | California |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| ZIP/POSTAL CODE | 95113 |
| PHONE | 669-246-7599 |
| EMAIL ADDRESS | wh.mcdavid@nexusipfirm.com |
| **CORRESPONDENCE INFORMATION** | |
| NAME | William Henry Mcdavid |
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | wh.mcdavid@nexusipfirm.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | legal@artistrylegal.com |
| **FEE INFORMATION** | |
| APPLICATION FILING OPTION | TEAS Plus |
| NUMBER OF CLASSES | 1 |
| APPLICATION FOR REGISTRATION PER CLASS | 250 |
| *TOTAL FEES DUE | 250 |
| *TOTAL FEES PAID | 250 |

| SIGNATURE INFORMATION | |
|---|---|
| * SIGNATURE | /wh mcdavid/ |
| * SIGNATORY'S NAME | William Henry Mcdavid |
| * SIGNATORY'S POSITION | Attorney |
| SIGNATORY'S PHONE NUMBER | 669-246-7599 |
| * DATE SIGNED | 05/28/2024 |
| SIGNATURE METHOD | Signed directly within the form |

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

## Trademark/Service Mark Application, Principal Register

### TEAS Plus Application

**Serial Number: 98572005**
**Filing Date: 05/28/2024**

## To the Commissioner for Trademarks:

**MARK:** Panevino Stuart (Standard Characters, see mark)
The literal element of the mark consists of Panevino Stuart. The mark consists of standard characters, without claim to any particular font style, size, or color.
The applicant, Frumento LLC, DBA Panevino Stuart, a limited liability company legally organized under the laws of Florida, having an address of

    2891 SE Ocean Blvd
    Stuart, Florida 34996
    United States
    6692467599(phone)
    XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
International Class 043:  Restaurant; Catering in fast-food cafeterias; Catering services of Italian cuisine; Corporate event catering; Food preparation services; Preparation of food and beverages; Restaurant and catering services; Restaurant information services; Restaurant reservation services; Restaurant services; Restaurants featuring home delivery; Making reservations and bookings for restaurants and meals; Mobile restaurant services; Reservation of restaurants
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services. (15 U.S.C. Section 1051(b)).


The owner's/holder's proposed attorney information: William Henry Mcdavid. William Henry Mcdavid, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, is located at
    99 S Almaden Blvd Ste 600
    99 S Almaden Blvd Ste 600
    San Jose, California 95113
    United States
    669-246-7599(phone)
    wh.mcdavid@nexusipfirm.com

William Henry Mcdavid submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.
The applicant's current Correspondence Information:
    William Henry Mcdavid
      PRIMARY EMAIL FOR CORRESPONDENCE: wh.mcdavid@nexusipfirm.com
      SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): legal@artistrylegal.com


**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).
A fee payment in the amount of $250 has been submitted with the application, representing payment for 1 class(es).

**Declaration**

☑ **Basis:**
**If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**
**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /wh mcdavid/   Date: 05/28/2024
Signatory's Name: William Henry Mcdavid
Signatory's Position: Attorney
Signatory's Phone Number: 669-246-7599
Signature method: Signed directly within the form
Payment Sale Number: 98572005
Payment Accounting Date: 05/28/2024

Serial Number: 98572005
Internet Transmission Date: Tue May 28 16:34:07 ET 2024
TEAS Stamp: USPTO/FTK-XXX.XXX.XX.XX-2024052816340865
3596-98572005-870e5c2475d51fb278a5565be7
a1c2d42911a2fb455b7022abfc8a557c9a3-CC-3
4077879-20240528161717113876

# Panevino Stuart