AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| SFILATINO, LLC,<br>a limited liability company<br><br>*Plaintiff(s)*<br>v.<br>FRUMENTO, LLC, a limited liability company,<br>ALFIO TROVATO, an individual, and<br>ERIC CAVALLARO, an individual<br><br>*Defendant(s)* | Civil Action No. 1:24-cv-22702-DPG |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  FRUMENTO, LLC
by serving its Registered Agent: Eric J. Cavallaro, Sr.,
7350 SE Fiddlewood Lane
Hobe Sound, FL  33455

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Adriana Kostencki, Esq.
EXORO LAW
2200 W. Commerce Pkwy., Suite 200
Weston, FL 33326
T:  954/947-0050;
E: akostencki@exorolaw.com; paralegal@exorolaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jul 16, 2024



Angela E. Noble
Clerk of Court

s/ Nadhege Augustin
Deputy Clerk
U.S. District Courts

SUMMONS

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| SFILATINO, LLC,<br>a limited liability company<br><br>*Plaintiff(s)*<br><br>v.<br><br>FRUMENTO, LLC, a limited liability company,<br>ALFIO TROVATO, an individual, and<br>ERIC CAVALLARO, an individual<br><br>*Defendant(s)* | Civil Action No. 1:24-cv-22702-DPG |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Alfio Trovato
9546 SW Purple Martin Way
Stuart, FL  34997

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Adriana Kostencki, Esq.
EXORO LAW
2200 W. Commerce Pkwy., Suite 200
Weston, FL 33326
T:  954/947-0050;
E: akostencki@exorolaw.com; paralegal@exorolaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

SUMMONS

Date: Jul 16, 2024

s/ Nadhege Augustin
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| SFILATINO, LLC, a limited liability company<br><br>*Plaintiff(s)*<br>v.<br>FRUMENTO, LLC, a limited liability company, ALFIO TROVATO, an individual, and ERIC CAVALLARO, an individual<br><br>*Defendant(s)* | Civil Action No. 1:24-cv-22702-DPG |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Eric Cavallaro
7350 SE Fiddlewood Lane
Hobe Sound, FL  33455

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Adriana Kostencki, Esq.
EXORO LAW
2200 W. Commerce Pkwy., Suite 200
Weston, FL 33326
T:  954/947-0050;
E: akostencki@exorolaw.com; paralegal@exorolaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jul 16, 2024

Angela E. Noble
Clerk of Court

SUMMONS

s/ Nadhege Augustin
Deputy Clerk
U.S. District Courts